CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX  75374
972/644-1127

Dated: 05/24/10

UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF NEW JERSEY
U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

Re: Case #     10-21732-MBK

    Debtor     QAZI, ZEESHAN S.

Please correct the creditor's address on this case as shown below for all checks and notices.

DSRM NATL BK/DIAMOND SHAM
P.O. Box 740933
Dallas, TX  75374

Thank you for your prompt attention.

D. M. Mason
Creditor's Authorized Agent